Thomas Louis DAVIS, Petitioner—
Appellant,

v.

State of SOUTH CAROLINA; Phillip
Foote, Respondents—Appellees.

No. 08-6181.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 27, 2008.

Decided: April 4, 2008.

Thomas Louis Davis, Appellant Pro Se.

Before TRAXLER and DUNCAN,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Thomas Louis Davis seeks to appeal the
district court's order denying relief on his
28 U.S.C. § 2241 (2000) petition. The dis-
trict court referred this case to a magis-
trate judge pursuant to 28 U.S.C.
§ 636(b)(1)(B) (2000). The magistrate
judge recommended that relief be denied
and advised Davis that failure to file spe-
cific objections to this recommendation
could waive appellate review of a district
court order based upon the recommenda-
tion. Despite this warning, the objections
Davis filed merely reiterated his previous
arguments and did not specifically object
to the magistrate judge's recommendation.

The timely filing of specific objections to
a magistrate judge's recommendation is
necessary to preserve appellate review of
the substance of that recommendation
when the parties have been warned of the
consequences of noncompliance. *Wright v.
Collins,* 766 F.2d 841, 845–46 (4th Cir.
1985); *see also Thomas v. Arn,* 474 U.S.
140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985).
Davis has waived appellate review by fail-
ing to timely file specific objections after
receiving proper notice. Accordingly, we
deny a certificate of appealability and dis-
miss the appeal.

We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*DISMISSED.*